AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JAMES WADE,

       Plaintiff,             JUDGMENT IN A CIVIL CASE

  V.

                                  CASE NUMBER:   **3:10-CV-00691-RCJ-VPC**

HOWARD SKOLNIK, et al.,

       Defendants.

\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiff's complaint is **DISMISSED** for failure to state a claim for which relief may be granted.

   January 24, 2011                    **LANCE S. WILSON**
                                        Clerk

                                  /s/ D. R. Morgan
                                  Deputy Clerk