

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES WADE,<br>#86962 | ) | |
| Plaintiff, | ) | 3:10-cv-00691-RCJ-VPC |
| vs. | ) | |
| HOWARD SKOLNIK, *et al.*, | ) | **ORDER** |
| Defendants. | ) | |

On January 21, 2011, the court dismissed this action (docket #3) and judgment was entered by the Clerk on January 24, 2011 (docket #5).

On February 17, 2011, plaintiff filed an amended complaint (docket #6). However, this action is closed, and plaintiff's amended complaint is stricken. If plaintiff wishes to pursue a civil rights action he must file a new action by submitting a new civil rights complaint with an application to proceed *in forma pauperis* or the filing fee.

**IT IS THEREFORE ORDERED** that plaintiff's amended complaint (docket #6) is **STRICKEN**.

**IT IS FURTHER ORDERED** that plaintiff shall file no more documents in this closed case. Any such documents shall be returned, unfiled, to plaintiff.

DATED this 25th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE